**MCGUIREWOODS LLP**
BLAKE S. OLSON SBN #277293
1800 Century Park East, 8th Floor
Los Angeles, CA 90067
Telephone:  310.315.8200
Facsimile:   310.315.8210
Email:        bolson@mcguirewoods.com

Attorneys for Defendants Bank of America, N.A.,
for itself and as successor by merger to BAC Home Loans Servicing, LP; and
U.S. Bank, N.A., as Trustee for GSAA Home Equity Trust 2006-3

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CELINE E. DONALDSON, an individual,<br><br>  Plaintiff,<br><br>vs.<br><br>BAC HOME LOANS SERVICING, LP; BANK OF AMERICA, N.A.; U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR GSAA HOME EQUITY TRUST 2006-3; and DOES 1 through 50, Inclusive,<br><br>  Defendants. | CASE NO.  2:12-CV-00802-JAM-GGH<br><br>Hon. John A. Mendez<br><br>**ORDER ON JOINT STIPULATION TO CONTINUE HEARING ON DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S COMPLAINT**<br>**(AS MODIFIED BY THE COURT)**<br>(Removed from Superior Court of California, Sacramento County Case No. 34-2012-0012042)<br><br>Old Date:           June 27, 2012<br>Old Time;           9:30 a.m.<br>Old Courtroom:  6<br><br>New Date:          July 25 2012<br>New Time:         9:30 a.m..<br>New Courtroom: 6<br><br>Complaint Filed:  March 13, 2012 |

   This matter is before the Court on the joint stipulation to continue the hearing on Defendants Bank of America, N.A., for itself and as successor by merger to BAC Home Loans Servicing, LP and U.S. Bank, N.A., as Trustee for GSAA Home Equity Trust 2006-3 (collectively "Defendants") Motion to Dismiss Plaintiff Celine Donaldson's ("Plaintiff") Complaint from June 27, 2012 to July 25, 2012:

PDF created with pdfFactory trial version www.pdffactory.com

1    Having considered the joint stipulation to continue the hearing on
2 Defendants' Motion to Dismiss, the Court determines that the continuance should be
3 granted.
4    It is therefore ORDERED that the hearing on Defendants' Motion to Dismiss
5 the Complaint shall be continued from June 27, 2012 until July 25, 2012 at
6 9:30 a.m.  **Opposition and reply briefs shall be filed in accord with Local Rule**
7 **230.**
8
9 Dated:  June 15, 2012
10                    /s/ John A. Mendez_____
11                    Hon. John A. Mendez
                     UNITED STATES DISTRICT COURT JUDGE
12

PDF created with pdfFactory trial version www.pdffactory.com